ISAAC WORTH, Appellant, v. R. J. MACHER REALTY CORPORATION, Defendant, IRVING TRUST COMPANY, as Trustee in Bankruptcy of ROBERT J. MACHER; Bankrupt, Substituted in Place of ROBERT J. MACHER, and JOSEPH KAPLAN, Respondents.— Judgment dismissing complaint as to the individual defendants reversed upon the law and a new trial granted, costs to appellant to abide the event. The plaintiff established a *prima facie* case against said defendants and the court, therefore, erred in dismissing the complaint as to them. Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ., concur.

HARRY HOLLENBERG and Others, Respondents, v. ANTHONY MILONE and Others, Defendants, and STEFANE MILONE, Appellant.—Appeal from order granting motion for examination before trial dismissed by default, with ten dollars costs and disbursements; examination to proceed on five days' notice at the place and hour stated in the order. Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ., concur.

GEORGE ANDERSON, Respondent, v. MORRIS WIESER and Others, Appellants.— Motion to enlarge time and to continue stay granted upon condition that appellants perfect the appeal for the January, 1932, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

HARVEY J. ANDERSON, Respondent, v. A. H. SICKINGER, INC., and Another, Defendants; FRANCIS A. MYERS and Another, Appellants.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

PAULINE BROWN, Appellant, v. HERBEL REALTY CORPORATION, Respondent.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

ROCCO CERULLO, Appellant, v. MARIA CERULLO, Respondent.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the January, 1932, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, as Corporate Trustee, and Another, Appellants, v. 66–74 COURT STREET REALTY CORPORATION and Others, Respondents.— Motion for stay granted on condition that appellants perfect the appeal for Friday, December eleventh (for which day the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell and Scudder, JJ.; Davis, J., taking no part.

JENNIE M. DROSSOS, Appellant, v. THEODORE K. DROSSOS, Respondent.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

JACOB EFFRAT, Appellant, and DAVID HOFFMAN, Plaintiff, v. ABRAHAM GELMAN, Respondent.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.